FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 AUG -2 AM 11:09
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTOPHER WALKER, )
)
    Petitioner, )
)
v. ) CASE NOS. CV417-111
)               CR416-157
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____ )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 5). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 petition is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability ("COA"), rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

In his objections, Petitioner continues to contend that his counsel was ineffective for failing to argue at sentencing that Petitioner's federal sentence should run concurrent with any anticipated state sentence stemming

from the same conduct. (Doc. 5 at 2-5.) Petitioner, however, is incorrect. The Court was not obligated to order an anticipated state sentence to run concurrently, but retained discretion to do so. See Setser v. United States, 566 U.S. 231, 236 (2012); United States v. McDaniel, 338 F.3d 1287, 1288 (11th Cir. 2003) ("[A] district court does have the authority to make a federal sentence concurrent to a state sentence not yet imposed for pending state charges[.]"); United States v. Andrews, 330 F.3d 1305, 1307 (11th Cir. 2003) ("[A] court does have the authority to impose a consecutive sentence to an unimposed, future sentence."). Therefore, Petitioner's counsel was not ineffective for failing to raise this unmeritorious argument. See United States v. Winfield, 960 F.2d 970, 974 (11th Cir. 1992).

SO ORDERED this 2ND day of August 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA